**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6027**

---

THURMAN BRADFORD HILL,

Plaintiff - Appellant,

versus

RON ANGELONE, Director of the Virginia Depart-
ment of Corrections,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  John A. MacKenzie, Senior District
Judge.  (CA-95-450-2)

---

Submitted:  June 28, 1996          Decided:  July 18, 1996

---

Before HAMILTON, WILLIAMS, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Thurman Bradford Hill, Appellant Pro Se.  Linwood Theodore Wells,
Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Hill v. Angelone</u>, No. CA-95-450-2 (E.D. Va. Dec. 15, 1995). To the extent that the record on appeal contains transcripts of Appellant's trial and sentencing hearing, we grant his motion for review of those documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2